IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT C. THOMAS,

    Plaintiff,

v.                               CASE NO. 4:17cv491-RH/GRJ

DONALD TRUMP,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation ECF No. 7. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed for lack of standing." The clerk must close the file.

SO ORDERED on April 10, 2018.

                                        s/Robert L. Hinkle
                                        United States District Judge